| | UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419 | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |
|---|---|---|

William T. Walsh
Clerk

CLERK'S OFFICE
USDC for the
Northern District of California
450 Golden Gate Ave.
P.O. Box 36060
San Francisco, CA 94102

FILED
JUN 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REPLY TO: Newark
Date: 6/7/07

C 07 3083 SI

Re: AJAX PHILADELPHIA V SHARP CORP., ETAL

E-filing Civil Action No.     MDL No.
07-287

Dear Clerk,

Pursuant to the Multidistrict Litigation Transfer Order enclosed, please find the complete I file in the above matter together with a certified copy of the docket entries.

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

WILLIAM T. WALSH, Clerk
By: Jane DelleMonache
    Deputy Clerk

Enclosures
cc: Clerk, Judicial Panel on
    Multidistrict Litigation
    One Columbus Circle, NE
    Federal Judiciary Bldg.
    Room G-255, North Lobby
    Washington, D.C. 20002-8004

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

29 May 2007

U.S. District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

E-filing

C 07 - 3083  SI

Re:   MDL 07-1827 In re TFT-LCD (Flat Panel) Antitrust Litigation

Title of Case(s)
Ajax Philadelphia, Inc. -v- Sharp Corp., et al

Your Case Number(s)
C.A. No. 2:07-0287

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Susan Illston for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos

If the case is an electronic case filing please do one of the following: 1) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to **rufino_santos@cand.uscourts.gov**, 2) provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files we need and/or require, or, 3) if you prefer, on a disc. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

*R. C. Santos*

By: Rufino Santos
Deputy Clerk

Encl.