CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00287-SRC-CCC

| | |
|---|---|
| AJAX PHILADELPHIA, INC. v. SHARP CORPORATION, et al | Date Filed: 01/18/2007 |
| Assigned to: Judge Stanley R. Chesler | Date Terminated: 06/07/2007 |
| Referred to: Magistrate Judge Claire C. Cecchi | Jury Demand: Plaintiff |
| Cause: 15:1 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**AJAX PHILADELPHIA, INC.**
*individually and on behalf of all others similarly situated*

represented by **MINDEE J. REUBEN**
WEINSTEIN, KITCHENOFF & ASHER, LLC
1845 WALNUT STREET
SUITE 1100
PHILADELPHIA, PA 19103
(215) 545-7200
Email: reuben@wka-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**SHARP CORPORATION**

**Defendant**
**SHARP ELECTRONICS CORPORATION**

**Defendant**
**SAMSUNG ELECTRONICS CO., LTD.**

**Defendant**
**SAMSUNG SEMICONDUCTOR, INC.**

**Defendant**
**LG. PHILIPS LCD CO., LTD.**

**Defendant**
**LG.PHILIPS LCD AMERICA, INC.**

**Defendant**

IPS ALPHA TECHNOLOGY, LTD.

**Defendant**

**TOSHIBA CORPORATION**

**Defendant**

**TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.**

**Defendant**

**MATSHSHITA ELECTRIC INDUSTRIAL CO.**

**Defendant**

**PANASONIC CORPORATION OF NORTH AMERICA**

**Defendant**

**HITACHI, LTD.**

**Defendant**

**HITACHI DISPLAYS, LTD.**

**Defendant**

**HITACHI AMERICA, LTD.**

**Defendant**

**HITACHI ELECTRONIC DEVICES (USA), INC.**

**Defendant**

**SANYO EPSON IMAGING DEVICES CORPORATION**

**Defendant**

**AU OPTRONICS CORPORATION**

**Defendant**

**AU OPTRONICS CORPORATION AMERICA**

**Defendant**

**CHI MEI CORPORATION**

**Defendant**

**CHI MEI OPTOELECTRONICS CORPORATION**

**Defendant**

**CHI MEI OPTOELECTRONICS
USA, INC.**

Defendant

**NEC LCD TECHNOLOGIES, LTD.**

Defendant

**NEC ELECTRONICS AMERICA,
INC.**

Defendant

**NEC CORPORATION**

Defendant

**INTERNATIONAL DISPLAY
TECHNOLOGY CO., LTD.**

Defendant

**INTERNATIONAL DISPLAY
TECHNOLOGY USA, INC.**

Defendant

**NEXGEN MEDIATECH USA, INC.**

Defendant

**HANNSTAR DISPLAY
CORPORATION**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/18/2007 | 1 | COMPLAINT against SAMSUNG SEMICONDUCTOR, INC., LG. PHILIPS LCD CO., LTD., LG.PHILIPS LCD AMERICA, INC., IPS ALPHA TECHNOLOGY, LTD., TOSHIBA CORPORATION, TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD., MATSHSHITA ELECTRIC INDUSTRIAL CO., PANASONIC CORPORATION OF NORTH AMERICA, HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC., SANYO EPSON IMAGING DEVICES CORPORATION, AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, CHI MEI CORPORATION, CHI MEI OPTOELECTRONICS CORPORATION, CHI MEI OPTOELECTRONICS USA, INC., NEC LCD TECHNOLOGIES, LTD., NEC ELECTRONICS AMERICA, INC., NEC CORPORATION, INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD., INTERNATIONAL DISPLAY TECHNOLOGY USA, INC., NEXGEN MEDIATECH USA, INC., HANNSTAR DISPLAY CORPORATION, SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, SAMSUNG ELECTRONICS CO., LTD. ( Filing fee $ 350 receipt number 1310415.) JURY DEMAND, filed by AJAX |

| | | | |
|---|---|---|---|
| | | | PHILADELPHIA, INC.. (Attachments: # 1 Certification # 2 Rule 11.2 Certification# 3 Civil Cover Sheet # 4 Exhibit A to Civil Cover Sheet) (ld, ) (Entered: 01/22/2007) |
| 03/09/2007 | | 2 | Summons Issued as to SAMSUNG SEMICONDUCTOR, INC., LG. PHILIPS LCD CO., LTD., LG.PHILIPS LCD AMERICA, INC., IPS ALPHA TECHNOLOGY, LTD., TOSHIBA CORPORATION, TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD., MATSHSHITA ELECTRIC INDUSTRIAL CO., PANASONIC CORPORATION OF NORTH AMERICA, HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC., SANYO EPSON IMAGING DEVICES CORPORATION, AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, CHI MEI CORPORATION, CHI MEI OPTOELECTRONICS CORPORATION, CHI MEI OPTOELECTRONICS USA, INC., NEC LCD TECHNOLOGIES, LTD., NEC ELECTRONICS AMERICA, INC., NEC CORPORATION, INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD., INTERNATIONAL DISPLAY TECHNOLOGY USA, INC., NEXGEN MEDIATECH USA, INC., HANNSTAR DISPLAY CORPORATION, SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, SAMSUNG ELECTRONICS CO., LTD..Days Due - 20.MLD TO COUNSEL 3/9/07 (ld, ) (Entered: 03/09/2007) |
| 03/12/2007 | | 3 | Summons Issued as to SAMSUNG SEMICONDUCTOR, INC., LG.PHILIPS LCD AMERICA, INC., PANASONIC CORPORATION OF NORTH AMERICA, HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC., AU OPTRONICS CORPORATION AMERICA, CHI MEI OPTOELECTRONICS USA, INC., NEC ELECTRONICS AMERICA, INC., INTERNATIONAL DISPLAY TECHNOLOGY USA, INC., NEXGEN MEDIATECH USA, INC., SHARP ELECTRONICS CORPORATION.Days Due - 20. (jd, ) (Entered: 03/12/2007) |
| 03/29/2007 | | 4 | AFFIDAVIT of Service for Declaration of Service *of Summons and Complaint* served on LG Philips LCD America, Inc. on 3/16/07, filed by AJAX PHILADELPHIA, INC.. (REUBEN, MINDEE) (Entered: 03/29/2007) |
| 03/29/2007 | | 5 | AFFIDAVIT of Service for declaration of service of summons and complaint served on NEC Electronics America, Inc. on 3/16/07, filed by AJAX PHILADELPHIA, INC.. (REUBEN, MINDEE) (Entered: 03/29/2007) |
| 03/29/2007 | | 6 | AFFIDAVIT of Service for declaration of service of summons and complaint served on Samsung Semiconductor Inc. on 3/16/07, filed by AJAX PHILADELPHIA, INC.. (REUBEN, MINDEE) (Entered: 03/29/2007) |
| 03/29/2007 | | 7 | AFFIDAVIT of Service for proof of service by mail served on Samsung Seminconductor Inc. on 3/19/07, filed by AJAX PHILADELPHIA, INC.. (REUBEN, MINDEE) (Entered: 03/29/2007) |

| 03/29/2007 | 8 | AFFIDAVIT of Service for declaration of service of summons and complaint served on International Display Technology USA Inc. on 3/21/07, filed by AJAX PHILADELPHIA, INC.. (REUBEN, MINDEE) (Entered: 03/29/2007) |
|---|---|---|
| 03/29/2007 | 9 | AFFIDAVIT of Service for proof of service by mail of summons and complaint served on International Display Technology USA Inc. on 3/22/07, filed by AJAX PHILADELPHIA, INC.. (REUBEN, MINDEE) (Entered: 03/29/2007) |
| 03/29/2007 | 10 | AFFIDAVIT of Service for declaration of service of summons and complaint served on Chi Mei Optoelectronics, Inc. on 3/21/07, filed by AJAX PHILADELPHIA, INC.. (REUBEN, MINDEE) (Entered: 03/29/2007) |
| 03/29/2007 | 11 | AFFIDAVIT of Service for proof of service by mail of summons and complaint served on Chi Mei Optoelectronics, Inc. on 3/22/07, filed by AJAX PHILADELPHIA, INC.. (REUBEN, MINDEE) (Entered: 03/29/2007) |
| 03/29/2007 | 12 | AFFIDAVIT of Service for declaration of service of summons and complaint served on Nexgen Mediatech USA Inc. on 3/16/07, filed by AJAX PHILADELPHIA, INC.. (REUBEN, MINDEE) (Entered: 03/29/2007) |
| 03/29/2007 | 13 | AFFIDAVIT of Service for declaration of summons and complaint served on Panasonic Corporation of America on 3/19/07, filed by AJAX PHILADELPHIA, INC.. (REUBEN, MINDEE) (Entered: 03/29/2007) |
| 03/29/2007 | 14 | AFFIDAVIT of Service for declaration of service of summons and complaint served on Hitachi America, Ltd. on 3/20/07, filed by AJAX PHILADELPHIA, INC.. (REUBEN, MINDEE) (Entered: 03/29/2007) |
| 03/29/2007 | 15 | AFFIDAVIT of Service for declaration of service of summons and complaint served on Hitachi Electronic Devices (USA), Inc. on 3/16/07, filed by AJAX PHILADELPHIA, INC.. (REUBEN, MINDEE) (Entered: 03/29/2007) |
| 03/29/2007 | 16 | AFFIDAVIT of Service for declaration of service of summons and complaint served on Sharp Electronics on 3/21/07, filed by AJAX PHILADELPHIA, INC.. (REUBEN, MINDEE) (Entered: 03/29/2007) |
| 03/29/2007 | 17 | AFFIDAVIT of Service for declaration of service of summons and complaint served on AU Optronics Corporation America on 3/22/07, filed by AJAX PHILADELPHIA, INC.. (REUBEN, MINDEE) (Entered: 03/29/2007) |
| 04/06/2007 | 18 | STIPULATION *(and Proposed Order) Extending Time to Respond to the Complaint* by HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC.. (KNOLL, MARK) (Entered: 04/06/2007) |
| 04/10/2007 | 19 | NOTICE by CHI MEI OPTOELECTRONICS USA, INC., NEXGEN MEDIATECH USA, INC. *NOTICE OF JOINDER IN STIPULATION FOR EXTENSION OF TIME* (Attachments: # 1 Corporate Disclosure |

Case 3:07-cv-03085-SI    Document 1-4    Filed 06/15/2007    Page 6 of 6

| | | |
|---|---|---|
| | | Statement# 2 Certificate of Service)(KHOO, CAREN) (Entered: 04/10/2007) |
| 04/10/2007 | 20 | STATEMENT *of Corporate Affliates Fed R Civ Pro 7.1* by LG. PHILIPS LCD CO., LTD., LG.PHILIPS LCD AMERICA, INC.. (LAMPERT, MICHAEL) (Entered: 04/10/2007) |
| 05/29/2007 | 21 | ORDER on Informal Application re: extension of time to respond to complaint. Signed by Judge Claire C. Cecchi on 5/24/07. (jd, ) (Entered: 05/30/2007) |
| 06/07/2007 | 22 | Certified Copy of MDL Order transferring case to District of Northern District of California;. (jd, ) (Entered: 06/07/2007) |
| 06/07/2007 | | ***Civil Case Terminated. (jd, ) (Entered: 06/07/2007) |
| 06/07/2007 | 23 | Court's Letter re 22 MDL Order Transferring Case. (jd, ) (Entered: 06/07/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/15/2007 15:33:52 | | | |
| **PACER Login:** | us4077 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-00287-SRC-CCC Start date: 1/1/1970 End date: 6/15/2007 |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |